Fax sent by :                                                    11-30-09 01:48p   Pg: 2/3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :        Hon. Dickinson R. Debevoise

v.                               :        Crim. No. 09-502 (DRD)

JOSEPH GANNON                    :        CONTINUANCE ORDER

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Ronnell L. Wilson, Assistant U.S. Attorney), and defendant Joseph Gannon (by Chester Keller, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

Fax from :                                                                       11-30-09 02:31p   Pg: 2

 2. The grant of a continuance will likely conserve judicial resources;

 3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

 WHEREFORE, on this ___1st___ day of December, 2009,

 ORDERED that this action be, and it is hereby continued from December 20, 2009 through January 19, 2010; and the trial is scheduled for January 19, 2010, or a date to be set by the Court;

 ORDERED that the period from December 20, 2009 through January 19, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code Section 3161(h)(7).

                                      _____
                                      HON. Dickinson R. Debevoise
                                      United States District Judge

Form and entry
consented to:

_____
Ronnell L. Wilson
Assistant U.S. Attorney

_____
Chester Keller, AFPD
Counsel for defendant Joseph Gannon